**Daniel J. Winfree, Esq. (SBN 98890)**
POB 19061
San Diego, CA  92159
Telephone:  (619) 235-6060
Facsimile:    (619) 462-6060

Attorneys for DEBTORS

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>SYDNEY NGUYEN and<br><br>  YUMI BUI | CASE NO. 21-01913-LT7<br>RS NO.<br><br>**EMERGENCY APPLICATION OF DEBTORS FOR AN ORDER ALLOWING DEBTORS TO CONTINUE OPERATING THEIR BUSINESS PENDING PENDING THE BANKRUPTCY ADMINISTRATION**<br><br>DEPT:    THREE<br>DATE:    EX-PARTE - EMERGENCY<br>TIME:<br>JUDGE:  LAURA TAYLOR |

I, Sydney Nguyen, declare as follows:

1) I apply to this court for an order permitting the continued operation of our business pending the administration of the bankruptcy estate.

2) I am a co-debtor in this matter. The joint debtor is my wife Yumi Bui

3) We are the present proprietors of a business operation known as Saigon noodles. Information relative to the assets of this business have been listed in our bankruptcy schedules, and I'm advised that because of the minimal asset value of the assets of this business, they have been fully exempted on our schedule C, filed with in this case.

4) I personally operate this business, seven days a week, 15 to 16 hours a day. This activity is necessary in that this business operation is the only source of income for myself and my family. The net income generated from this business operation is used exclusively for the

paying of our personal expenses. I personally take no salary nor does the recently consistent results provide surplus monies available for anything other than the paying of our personal expenses. However without the operation of the business we would have no other means to pay those expenses.

5) It perhaps goes without saying that in the most recent times due to the COVID-19 pandemic and corresponding restrictions on business operations, the business we are presently operating is a very minimized exemplar of previous time periods. During the course of operations in 2020 I have fallen behind in my obligations to the landlord of the premises. However I have been in contact discussions with the landlord and in the most recent months have been making extra payments in order to satisfy the arrearages that accumulated over the course of the last year. I have been faithful in both my intentions and in performance in addressing the delinquencies on the lease of the premises where we operate our business. In fact, prior to filing this bankruptcy on the 4th of May of this year I had issued a check to the landlord for the payment of the current month. However, that check had not yet cleared by the time we filed the bankruptcy and the trustee in this matter has indicated an intention to treat those funds as assets of the estate in spite of the fact that the check was issued and still outstanding at the time that the bankruptcy case was filed. I regret this, as it has been my intention both through communication and payment to work on satisfying the arrears of my commercial lease.

6) Since the filing of this bankruptcy I have made application to the SBA for funds in the nature of the PPP allotments that have been allowed because of the pandemic. I have been notified by the SBA that I am qualified for approximately $82,000. I have also been notified that it would be two to three weeks before said amounts are funded. It would be my intention to use all of the funds necessary from that SBA grant to bring the arrears on this commercial lease current. I also realized that because I am in a chapter proceeding that the receiving in those funds is not guaranteed, even though the SBA has represented that that is the qualification amount.

7) On today's date I was visited by a Ronald Stadtmueller who identified himself as the trustee assigned to the administration of my estate. He provided me with a letter by which he says he was ordering me to shut down the business operation I attach a copy of that letter to this

pleading, which really is nothing more that a Notice that I had filed this case and that He was appointed as Trustee.

8) I represent to this Court that my business is fully insured. I attach also to this pleading a notice from my insurance broker that the premiums on a business Mercantile policy are paid. I tried in the late hour of this day to acquire a copy of the declarations page of that policy but was unable to acquire it at the time that this application is being filed.

9) I also represent to the court that my attorney informed me that he made telephone contact with Ronald Stadtmueller at a phone number of 858-564-9310 for purposes of advising him of the filing of this application and to query him regarding his position. I'm informed by my attorney that he was greeted by a voicemail at that telephone number, but that he did leave a voice message with Mr Stadtmueller advising him that this application was being filed.

10) I'm also informed by my attorney that he has been in conversation with a Michael Breslauer who represents the landlord in this matter, and as such is being served a copy of this motion.

11) If permitted to continue operating this business it would be my definite intention to work out a arrangement with the landlord. As noted above if the SBA funds in the amount of $82,000 are awarded that the lease would be brought current.

Therefore, I request this court to allow me the opportunity to try to work out situation relating to my business operations. As noted above, the bankruptcy estate has no substantive interest in this estate and it would be thoughtful that the trustee would begin the process of abandoning the assets back to myself. However I do assure the court that I am dedicated to get this matter resolved and to continue operating with the graciousness of the landlord, the only means of support that I have for my family. I ask the court to allow us that opportunity.

DATE: May 20, 2021                                LAW OFFICES OF DANIEL J. WINFREE

/s/___Sydney Nguyen__
SYDNEY NGUYEN
Co-DEBTOR





## STATE FARM INSURANCE COMPANIES
## RECEIPT OF PAYMENT

**PAYMENT DATE:** 04-14-2021

**POLICYHOLDER(S)**
SYDNEY & YUMI NGUYEN
DBA PHO SAIGON & GRILL
9462 CHABOLA RD # 1
SAN DIEGO, CA  92129-4904

| POLICY DESCRIPTION/POLICY NUMBER | CHECK / REF # | AMOUNT |
|---|---|---|
| BUS-MERCANTILE<br>90-BX-M331-2 G | 00000AA3AF6Q9 | $622.00 |
| | **TOTAL AMOUNT PAID:** | **$622.00** |

**AGENT**
HOFBAUER, BRUCE
12396 WORLD TRADE DR
SUITE 113
SAN DIEGO, CA 92128
(858) 679-2880

THANK YOU FOR YOUR PAYMENT ON THE ABOVE POLICY(IES).  PAYMENTS ARE RECEIVED SUBJECT TO COLLECTION AND POLICY PROVISIONS.  WE APPRECIATE YOUR BUSINESS.

```
DANIEL J. WINFREE
Attorney at Law #98890
POB 19061
San Diego, CA 92119
Phn: (619) 235-6060
Fax: (619) 462-6060


Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:  Sydney Nguyen and Yumi Bui) Case No.: 21-01913-LT7
)
) PROOF OF SERVICE
)
Debtor(s).   )
)

      I, the undersigned hereby declare that I caused all of the pages of the APPLICATION OF DEBTOR TO BE ALLOWED TO CONTINUE OPERATION OF BUSINESS DURING PENDENCY OF GTHE BANKRUPTCY ADMINISTRATION to be electronically filed and served on designated recipients through the Electronic Case Filing System for the above entitled case.  The file transmission was reported as successful and a copy of the Electronic Case filing receipt will be maintained with the original documents in my office.  The list of those receiving electronic Notice is Published by  the Clerk, AND INCLUDES

RONALD STADTMUELLER, TRUSTEE and
UNITED STATES TRUSTEE

I ALSO E-MAILED A COPY TO MICHAEL BRESLAUER AT mbreslauer@swsslaw.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true.


Date:5/20/2021                        /S/DANIEL J WINFREE _
                                          DANIEL J. WINFREE

-1-