CSD1187
05/15

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Sydney L Nguyen**
9462 Chabola Rd
San Diego, CA 92129

Social Security No.:  xxx–xx–4860
*Debtor: No Known Aliases*

**Yumi Bui**
9462 Chabola Rd
San Diego, CA 92129

Social Security No.:  xxx–xx–3121
*Joint Debtor: No Known Aliases*

Case number:  21–01913–LT7
Chapter:  7
Judge  Laura S. Taylor

**NOTICE OF HEARING**

YOU ARE HEREBY NOTIFIED that the HEARING in this proceeding:

**Emergency application of Debtors to be allowed to continue operating their business**

has been set for 5/27/21 at 10:00 AM, in Department 3, Room 129, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101–6991.

Dated:  5/21/21

Michael Williams
Clerk of the Bankruptcy Court