# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 5/21/2021 |
| Case: 21–01913–LT7 | Form ID: 1187 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Ronald E. Stadtmueller      ecfstadt@aol.com
aty      Daniel J. Winfree      lawyer@bkatty.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Sydney L Nguyen      9462 Chabola Rd      San Diego, CA 92129
jdb      Yumi Bui      9462 Chabola Rd      San Diego, CA 92129

TOTAL: 2