Brian A. Kretsch, Esq., State Bar No. 159240
**LAW OFFICE OF BRIAN A. KRETSCH, A.P.C.**
810 Jamacha Road, Suite 202
El Cajon, CA 92019
(619) 696-6629
brikretsch@sbcglobal.net
Attorney for Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## Southern District of California

In re ) Case No. 21-01913-LT7
)
SYDNEY L. NGUYEN & YUMI BUI, ) Date: May 27, 2021
) Time: 10:00 a.m.
Debtor. ) Dept.: Three
) Judge: HON. LAURA S. TAYLOR

**DECLARATION OF RONALD E. STADTMUELLER IN SUPPORT OF TRUSTEE'S OPPOSITION TO DEBTOR'S EMERGENCY APPLICATION FOR AN ORDER ALLOWING DEBTOR'S TO CONTINUE OPERATING THEIR BUSINESS PENDING THE BANKRUPTCY ADMINISTRATION**

I, RONALD E. STADTMUELLER, declare as follows:

1. I am the duly appointed Chapter 7 Trustee of the bankruptcy estate of SYDNEY L. NGUYEN & YUMI BUI ("debtors") debtors in the above-referenced Chapter 7 case.

2. I have personal knowledge of the following, except as to those matters stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would testify competently hereto, as stated.

3. As set forth in my accompanying opposition, the debtors' petition, schedules and statements contain several inconsistencies and apparent inaccuracies regarding his business.

4. I have not yet had the opportunity to conduct the creditor's meeting in the debtors' case and I have not yet been provided with the required supporting documents including evidence of business liability and workers compensation insurance.

1

5. I am have been informed by counsel for the debtors' business landlord, Michael D. Breslauer, Esq., that the debtor's business premises lease payments are delinquent in the amount of approximately $75,000.00. Counsel for the business premises landlord has also informed me that the landlord has not agreed to any terms or payment plan for lease arrears cure with the Debtor.

6. I do not intend to assume the debtors' business lease agreement.

7. I have not yet been provided with of the supporting documents required to comply with the Standing Trustee Administrative Guidelines. The documents were due May 18, 2021.

8. As Trustee, I must properly evaluate the debtors' bankruptcy estate and administer the case in accordance with my duties and I must do so without the potential exposure to administrative rent expenses and other potential business related liabilities.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge information and belief.

        Executed on May 23, 2021.

        /s/Ronald E. Stadtmueller
        **RONALD E. STADTMUELLER**