## DECLARATION OF SERVICE

I, BRIAN A. KRETSCH, certify and declare:

1. That I am, and was at the time of service of the papers herein referred to, a citizen of the United States, over the age of eighteen years, and not a party to the above-entitled action.

2. I am employed in the County of San Diego, California, in which county the within-mentioned service occurred.

3. My business address is 810 Jamacha Rd, Suite 202, El Cajon, California 92019.

4. The following document(s):

**TRUSTEE'S OPPOSITION TO DEBTOR'S EMERGENCY APPLICATION FOR AN ORDER ALLOWING DEBTOR'S TO CONTINUE OPERATING THEIR BUSINESS PENDING THE BANKRUPTCY ADMINISTRATION**
**with attached**
**DECLARATION OF RONALD E. STADTMUELLER IN SUPPORT OF TRUSTEE'S OPPOSITION TO DEBTOR'S EMERGENCY APPLICATION FOR AN ORDER ALLOWING DEBTOR'S TO CONTINUE OPERATING THEIR BUSINESS PENDING THE BANKRUPTCY ADMINISTRATION**

**To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On May 23, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Attorney for Debtors:
Daniel J. Winfree: lawyer@bkatty.com

**United States Trustee**: ustp.region15@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 23, 2021 at El Cajon, California.

                                         /s/Brian A. Kretsch
                                         BRIAN A. KRETSCH